UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEFF BAHNER, individually, and as parent and next friend of minor C.B., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>USD 321 KAW VALLEY, et al.,<br><br>    Defendants. | Case No. 24-cv-2361-HLT-TJJ |

### THIRD AMENDED SCHEDULING ORDER

On November 10, 2025, the Court held a status conference by Zoom videoconference regarding Defendants' Motion to Amend Scheduling Order to Extend Certain Deadlines (Dkt. No. 100). Plaintiffs appeared through counsel, Matthew J. Rogers. Defendants appeared through counsel, Alan Rupe and Kennedy Mayo. This Order memorializes the Court's rulings from the conference.

1. The Court grants Defendants' Motion to Amend Scheduling Order to Extend Certain Deadlines (Dkt. No. 100). The Court finds Defendants have shown good cause for the requested 30-day extension of the deadline for submitting the proposed pretrial order, the pretrial conference setting, and the deadlines for filing dispositive motions and motions challenging admissibility of expert testimony. Defendants' original counsel in this case recently withdrew and new counsel entered their appearances. Defendants' new counsel acted quickly to file the instant motion requesting an additional 30 days to prepare for the upcoming pretrial conference. The Court finds the requested extensions should not prejudice Plaintiffs, but to address Plaintiffs' concerns regarding potential further delays of this case, the Court requested and defense counsel agreed not to request any further extensions of the deadlines for filing their dispositive motion or reply brief.

In addition, defense counsel acknowledged the discovery deadline has passed and the Court will deny any requests to reopen expired deadlines or for additional discovery.

2. The new case deadlines and settings are summarized in the following table:

| *Bahner, et al v. USD 321 Kaw Valley, et al*<br>24-cv-2361-HLT-TJJ<br>THIRD AMENDED SCHEDULING ORDER<br>SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| Proposed pretrial order due | **December 8, 2025**<br>**by 12:00 PM (noon)** |
| Pretrial conference before magistrate judge – by Zoom video conference<br>(Chambers will email a Zoom link and instructions a couple business days prior to the conference) | **December 10, 2025**<br>**at 11:30 AM** |
| Potentially dispositive motions (e.g., summary judgment) | **December 22, 2025** |
| Motions challenging admissibility of expert testimony | **December 22, 2025** |
| Jury Trial in Kansas City – ETT 5 days | **Trial date to be set at Pretrial Conference** |

To the extent this Third Amended Scheduling Order is inconsistent with the prior scheduling orders (ECF Nos. 16, 62, and 92), this Third Amended Scheduling Order supersedes the earlier ones. To the extent that this Third Amended Scheduling Order does not address dates, deadlines, or requirements included in the earlier scheduling orders, those earlier dates, deadlines, and requirements remain in effect. The parties are advised to review, in particular, the various requirements governing discovery, motions, submission of the pretrial order, and the pretrial conference in the prior scheduling orders. Those requirements—other than the dates that are changed, as identified herein—remain in place.

IT IS SO ORDERED.

Dated November 10, 2025, at Kansas City, Kansas.

                                                                                             */s/ Teresa J. James*
                                                                                              Teresa J. James
                                                                                           U. S. Magistrate Judge