## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEFF BAHNER and HEATHER BAHNER, individually, and as parents and next friends of minor C.B., | |
|      Plaintiffs, | |
| | Case No.: 2:24-cv-02361-HLT-TJJ |
| v. | |
| USD 321 KAW VALLEY, SARAH SANDERS, TAYLOR HURLA, and ALBERT BAHRET, | |
|      Defendants. | |

## DEFENDANT ALBERT BAHRET'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Albert Bahret, by his counsel of record, moves the Court for summary judgment against Plaintiffs for the reasons stated in his Memorandum in Support contemporaneously filed herewith.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
Kennedy J. Mayo, KS #30404
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  (316) 609-7900
Facsimile:   (316) 462-5746
alan.rupe@lewisbrisbois.com
kennedy.mayo@lewisbrisbois.com

*Attorneys for Defendant Albert Bahret*

169430904.1

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 9, 2026, the above Defendant Albert Bahret's Motion for Summary Judgment was filed using the court's CM/ECF filing system which sent notice to all counsel of record.

/s/ Alan L. Rupe                          
Alan L. Rupe
