IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEFF BAHNER and HEATHER BAHNER, individually, and as parents and next friends of minor C.B.,<br><br>    Plaintiffs,<br><br>v.<br><br>USD 321 KAW VALLEY, SARAH SANDERS, TAYLOR HURLA, and ALBERT BAHRET,<br><br>    Defendants. | Case No.: 2:24-cv-02361-HLT-TJJ |

**DEFENDANT ALBERT BAHRET'S**
**NOTICE OF PROVISIONALLY SEALED EXHIBITS**

Defendant Albert Bahret, by the undersigned counsel, pursuant to D. Kan. Rule 5.4.2(b), files the following Notice of Provisionally Sealed Exhibits to his contemporaneously-filed Motion for Summary Judgment. This notice identifies the ECF docket number of the provisionally sealed filing and states the extent to which the filing party seeks to maintain that ECF docket number under seal and/or the extent to which the filing party seeks to maintain that ECF docket number under seal and/or the identities of any party or non-party that designated the information as confidential.

1. Exhibits to Doc. 108, specifically Exhibits N, O, and P have been filed provisionally under seal. (Doc. 109)

2. Defendant seeks to allow the exhibits N, O, and P to remain under seal. This information has been deemed confidential under the agreed upon Protective Order applicable to this case. Doc. 14.

169614950.1

3. Defendant seeks to use these exhibits to establish the facts and defenses relevant to Plaintiffs' arguments and support his Motion for Summary Judgment.

4. Filing the above documents publicly would expose private medical records regarding Plaintiff C.B. C.B. has a right to keep his medical records private under the Health Insurance Portability and Accountability Act ("HIPAA").

5. C.B. and/or his parents (collectively, Plaintiffs) may also seek to maintain these exhibits as confidential and under seal.

I certify that this notice was served on all Plaintiffs and Defendants (whether via ECF notification or otherwise). Any Plaintiff or Defendant who wants to maintain the document or portions thereof under seal, whether via redactions or otherwise, should follow the procedure set forth in D. Kan. Rule 5.4.2.(c). The party who provisionally filed the document under seal has no obligation to assert the confidentiality interests of other parties.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
Kennedy J. Mayo, KS #30404
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746
alan.rupe@lewisbrisbois.com
kennedy.mayo@lewisbrisbois.com

*Attorneys for Defendant USD 321*

169614950.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2026, the above Defendant Albert Bahret's Notice of Provisionally Sealed Exhibits was filed with the Court using its CM/ECF filing system which sent notice to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe

169614950.1