## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEFF BAHNER and HEATHER BAHNER, individually, and as parents and next friends of minor C.B., <br><br> Plaintiffs, <br><br> v. <br><br> USD 321 KAW VALLEY, SARAH SANDERS, TAYLOR HURLA, and ALBERT BAHRET, <br><br> Defendants. | Case No.: 2:24-cv-02361-HLT-TJJ |

### DECLARATION OF ALAN L. RUPE

I, Alan L. Rupe, declare as follows:

1. The information in this declaration is based on my personal knowledge and is accurate to the best of my knowledge.

2. I am an attorney, licensed in United States District Court for the District of Kansas, with the law firm of Lewis Brisbois Bisgaard & Smith LLP.

3. I am of lawful age and am fully qualified to make this declaration. All of the statements contained herein are within my personal knowledge and are true and correct.

4. Lewis Brisbois Bisgaard & Smith LLP has been retained to defend USD 321 Kaw Valley, Sarah Sanders, Taylor Hurla, and Albert Bahret in the above captioned case .

5. Exhibit I attached to Defendant Albert Bahret's Memorandum in Support of his Motion for Summary Judgment is a true and correct copy of the text messages between Shannon Kent and Heather Bahner produced by Defendants in discovery.

169628731.1

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

Executed on January 9, 2026.

/s/ Alan L. Rupe
Alan L. Rupe

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, the above Declaration of Alan L. Rupe was filed using the court's electronic filing system which will send notice to all counsel of record.

/s/Alan L. Rupe
Alan L. Rupe

169628731.1